**ORIGINAL**

**Redacted as to Foreperson's signature**

FILED
CLERK, U.S. DISTRICT COURT
APR - 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Escochea, | Case No. **CV 16-271-JFW (JEMx)** |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| Ronald Valdivia, | |
| Defendant. | |

WE, THE JURY, in the above-entitled action now reach our unanimous verdict on the following questions submitted to us:

**QUESTION NO. 1:**

Did plaintiff Jesus Escochea prove by a preponderance of evidence that defendant Ronald Valdivia violated plaintiff Jesus Escochea's Fourth Amendment rights by intentionally modifying the search warrant after the judge signed the search warrant and before executing it on plaintiff Jesus Escochea's office (Location #6)?

YES _____  NO ✓_____

Please proceed to Question No. 2.

**QUESTION NO. 2:**

Did plaintiff Jesus Escochea prove by a preponderance of evidence that defendant Ronald Valdivia violated plaintiff Jesus Escochea's Fourth Amendment rights by intentionally concealing or concealing with reckless disregard for the truth from Judge Hall that he knew Location #6 to be plaintiff Jesus Escochea's office and that plaintiff Jesus Escochea was a member of the press when defendant Ronald Valdivia sought the search warrant for Location #6?

YES ✓    NO _____

If your answer to either Question No. 1 or Question No. 2 is "yes," then answer Question No. 3. If you answered "no" to both Question No. 1 and Question No. 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 3:**

Was defendant Ronald Valdivia's violation of plaintiff Jesus Escochea's rights a substantial factor in causing harm to plaintiff Jesus Escochea?

YES ✓    NO _____

If your answer to Question No. 3 is "yes," then answer Question No. 4. If you answered "no" to Question No. 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 4:**

Did plaintiff Jesus Escochea's claimed harm occur before January 13, 2014?

YES ✓   NO _____

If your answer to Question No. 4 is yes, then answer Question No. 5. If you answered no, proceed to Question No. 6.

**QUESTION NO. 5:**

Did plaintiff Jesus Escochea prove that before January 13, 2014, he did not discover, and did not know of facts that would have caused a reasonable person to suspect, that he had suffered harm that was caused by defendant Ronald Valdivia's wrongful conduct?

YES ✓   NO _____

If your answer to Question No. 5 is no, stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer is yes, proceed to Question No. 6.

**QUESTION NO. 6:**

What are Plaintiff Jesus Escochea's damages?

$ 2,500.00

Please proceed to Question No. 7.

**QUESTION NO. 7:**

Did defendant Ronald Valdivia act maliciously, oppressively, or in a reckless disregard of plaintiff Jesus Escochea's rights?

YES ✓  NO _____

If your answer to Question No. 7 is "yes," then answer Question No. 8. If you answered "no," stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 8:**

Do you award punitive damages against defendant Ronald Valdivia?

YES ✓  NO _____

If yes, in what amount?   $10,000.00

The presiding juror shall sign and date this form.

DATED: 4.5.2017

Redacted Signature Line /s/
Presiding Juror

4