UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Escochea,<br><br>        Plaintiff,<br><br>   v.<br><br>The County of Los Angeles,<br>et al.,<br><br>        Defendants. | Case No. **CV 16-271-JFW (JEMx)**<br><br>**JUDGMENT** |

    WHEREAS, on January 19, 2017, Plaintiff Jesus Escochea dismissed his claims alleged in the third, fourth, and fifth causes of action of the First Amended Complaint for tort in se and negligence against Defendants Ronald Valdivia and the County of Los Angeles, and the Court bifurcated the *Monell* claim alleged against Defendant the County of Los Angeles in the second cause of action of the First Amended Complaint;

    WHEREAS, on February 8, 2017, pursuant to a Stipulation for Dismissal with Prejudice between Plaintiff Jesus Escochea and Defendants the City of Hawthorne and Keith Kauffman, the Court entered an Order dismissing Plaintiff Jesus Escochea's entire action against Defendants the City of Hawthorne and Keith Kauffman;

1     WHEREAS, on March 3, 2017, pursuant to a Stipulation Re Plaintiff's Claim Based Upon a Violation of the First Amendment, the Court entered an Order dismissing Plaintiff Jesus Escochea's claim for violation of 42 U.S.C. § 1983 based upon an alleged violation of the First Amendment alleged in the first cause of action of the First Amended Complaint against Defendant Ronald Valdivia;

    WHEREAS, the sole remaining claim against Defendant Ronald Valdivia for violation of 42 U.S.C. § 1983 based upon an alleged violation of the Fourth Amendment alleged in the first cause of action of the First Amended Complaint came on for a jury trial on April 4, 2017;

    WHEREAS, on April 5, 2017, the jury returned a verdict in favor of Plaintiff Jesus Escochea on his claim for violation of 42 U.S.C. § 1983 based upon an alleged violation of the Fourth Amendment and against Defendant Ronald Valdivia; and

    WHEREAS, on May 18, 2017, the Court granted summary judgment in favor of Defendant the County of Los Angeles on Plaintiff Jesus Escochea's claim for *Monell* liability under 42 U.S.C. § 1983 alleged in the second cause of action of the First Amended Complaint;

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

    1.   Plaintiff Jesus Escochea shall have judgment in his favor and against Defendant Ronald Valdivia on his Fourth Amendment claim.

2. Plaintiff Jesus Escochea shall recover $12,500.00, plus attorneys' fees in the amount of $_____ and costs in the amount of $_____.

3. Defendant the County of Los Angeles shall have judgment in its favor and against Plaintiff Jesus Escochea on his *Monell* claim.

4. Defendant County of Los Angeles shall recover attorneys' fees in the amount of $_____ and costs in the amount of $_____.

The Clerk is ordered to enter this Judgment.

Dated: June 6, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

3