closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESCOCHEA,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF LOS ANGELES; RONALD VALDIVIA, in his individual and official capacity; STEVE COOLEY, in his official capacity; JACKIE LACEY, in her official capacity; KEITH KAUFFMAN, in his individual and official capacity; and THE CITY OF HAWTHORNE,<br><br>Defendants. | 2:16-cv-00271 JFW (JEMx)<br><br>*[Assigned to the Hon. John F. Walter, Courtroom 7A]*<br><br>**JUDGMENT**<br><br>**Complaint Filed: 1/13/16**<br><br>**Trial Date: 4/4/17** |

This action came on regularly for trial on April 4, 2017, in Courtroom 7A of the United States District Court for the Central District of California, the Honorable John F. Walter, presiding, the plaintiff appearing by and through his attorneys of record, Philip Cohen and Thomas Ferlauto, and the defendant appearing by and

1

| | |
|---|---|
| 1 | through his attorneys of record, Tomas A. Guterres and Lisa L. Peterson, of Collins |
| 2 | Collins Muir + Stewart, LLP. The jury returned a special verdict in favor of the |
| 3 | plaintiff on April 6, 2017, finding that the defendant violated the plaintiff's Fourth |
| 4 | Amendment constitutional rights. The jury awarded the plaintiff $12,500.00 in total |
| 5 | damages. On December 11, 2017, the parties and County of Los Angeles filed a |
| 6 | stipulation requesting a complete resolution of the total amount of the judgment and |
| 7 | award of costs and attorneys' fees, in the form of a judgment against the County of |
| 8 | Los Angeles and Ronald Valdivia, in the total amount of $350,000.00, inclusive of |
| 9 | all damages, attorneys' fees, and costs. |
| 10 |     Pursuant to the stipulation of the parties, and good cause appearing therefor, |
| 11 | **IT IS ORDERED ADJUDGED AND DECREED** that the plaintiff shall |
| 12 | have and recover from the County of Los Angeles and Ronald Valdivia the total |
| 13 | sum of $350,000.00 (Three Hundred and Fifty Thousand Dollars and zero cents), |
| 14 | said amount to be inclusive of all damages, attorneys' fees, and costs. |
| 15 | |
| 16 | **IT IS SO ORDERED.** |
| 17 | |
| 18 | DATED: December 12, 2017 |
| 19 | The Honorable John F. Walter |
| 20 | UNITED STATES DISTRICT JUDGE |